88 A.3d 772

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

Erin Marie WEBER aka Erin Weber Anderson.

Misc. Docket AG No. 82, Sept. Term, 2012.

Court of Appeals of Maryland.

March 28, 2014.

## ORDER

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action (a reciprocal disciplinary action under Rule 16–773) and request for interim suspension pursuant to Maryland Rule 16–773(d), and the Court having entered an Order on February 15, 2013 suspending Respondent from the further practice of law in the State of Maryland, subject to further order of the Court, and

The Court having issued a Show Cause order on March 21, 2013, that Bar Counsel and Erin Marie Weber aka Erin Weber Anderson, Respondent, show cause in writing, based upon any of the grounds set forth in Maryland Rule 16–773(e), why corresponding discipline should not be imposed by this Court, and

The Court having considered the response to the show cause Order filed by Bar Counsel, there being no response filed by the Respondent, and having reviewed the Petition and attachments thereto, it is this 28th day of March, 2014

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, granted, and Erin Marie Weber aka Erin Weber Anderson is disbarred, effective immediately, from the practice of law in this State subject to further Order of this Court; and it is further

ORDERED, that the Clerk of this Court shall forthwith strike the name of Erin Marie Weber aka Erin Weber Anderson from the register of attorneys in this Court and

shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State in accordance with Maryland Rule 16–760(e).